IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

AERO TECH, INC.,

    Plaintiff,

vs.                                                                                                                 No. CIV 23-0726 JB/JHR

UNITED STATES DEPARTMENT OF THE
INTERIOR,

    Defendant.

**FINAL JUDGMENT**

**THIS MATTER** comes before the Court on the Court's Memorandum Opinion and Order, filed October 25, 2024 (Doc. 29)("MOO"). In the MOO, the Court grants the Plaintiff's Petitioner's [sic] Brief to [sic] in Support of Its Petition for the Depositions of the Department of Interior to Proceed by Oral Examination Pursuant to F.R.C.P. 30 and for It to Produce Certain Amendments to A Contract with Petitioner and 2023 Phone Records, filed March 29, 2024 (Doc. 18). See MOO at 1. Because the Court's order disposes of all issues, claims, and parties before the Court, the Court now enters, pursuant to rule 58(a) of the Federal Rules of Civil Procedure, Final Judgment. See Fed. R. Civ. P. 58(a).

**IT IS ORDERED** that: (i) the Plaintiff's Petitioner's [sic] Brief to [sic] in Support of Its Petition for the Depositions of the Department of Interior to Proceed by Oral Examination Pursuant to F.R.C.P. 30 and for it to Produce Certain Amendments to A Contract with Petitioner and 2023 Phone Records, filed March 29, 2024 (Doc. 18), is granted; and (ii) Final Judgment is entered.

                                                                   _____
                                                                   UNITED STATES DISTRICT JUDGE

*Counsel*:

Robert L. Lakind
Szaferman, Lakind, Blumstein & Blader, P.C.
Lawerenceville, New Jersey

    *Attorneys for the Plaintiff*

Alexander M.M. Uballez
  United States Attorney
Samantha E. Kelly
  Assistant United States Attorney
United States Attorney's Office
Albuquerque, New Mexico

    *Attorneys for the Defendant*